IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOUGLAS BITTING, IV : CIVIL ACTION

v. :

JOHN KERESTES, et al. : NO. 16-578

**FILED**
MAR 20 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 17th day of March, 2017, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Petitioner's Motion to Stay is **DENIED AS MOOT**.

BY THE COURT:

_____
WENDY BEETLESTONE, J.