IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOUGLAS BITTING, IV | : | CIVIL ACTION |
| v. | : | |
| JOHN KERESTES, et al. | : | NO. 16-578 |

FILED
JAN 09 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 9th day of January, 2017, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT

_____
WENDY BEETLESTONE,    J.